## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| RODNEY CECIL SUMMERVILLE AND | ) | |
| ELIZABETH LUCINDA SUMMERVILLE | ) | CASE NO. 09-12633-WHD |
| DEBTORS | ) | |
| | ) | |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $35.89 on behalf of White Finance Company, who filed claim # 6-1. These funds are being remitted to the Registry because the Creditor has not claimed the funds.

### CERTIFICATE OF SERVICE

This is to certify that I have this 1ST day of FEBRUARY 2013 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

VAN PELT & DUFOUR
527 NEWNAN ST
CARROLLTON, GA  30117

/s/
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET
SUITE 200
ATLANTA, GA  30303
(678)510-1444