UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNWN DIVISION

IN RE:                                        }

RODNEY CECIL SUMMERVILLE        }    CHAPTER 13

ELIZABETH LUCINDA SUMMERVILLE

DEBTOR(S)                              }    CASE 09-12633-WHD


NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW Adam M. Goodman, Chapter 13 Trustee, and files this Notice that he is remitting to the Registry of the Clerk of the United States Bankruptcy Court the amount of $3800.00 on behalf of Rodney Cecil & Elizabeth Lucinda Summerville. These funds are being remitted to the Registry because the debtor has not claimed the funds.

_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887


CERTIFICATE OF SERVICE

This is to certify that I have this 8th day of April 2013 served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

Van Pelt & Dufour
527 Newnan Street
Carrollton, Ga. 30117

_____
Adam M. Goodman
Chapter 13 Trustee
GA Bar No. 300887